ACCEPTED
04-14-00904CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/22/2015 4:42:22 PM
KEITH HOTTLE
CLERK

**IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT
OF TEXAS**

———————————

**Case No.  04-14-00904-CR**

———————————

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

4/22/2015 4:42:22 PM

KEITH E. HOTTLE
Clerk

**JOHNATHAN MATTHEW ESCOBEDO**

**Vs.**

**THE STATE OF TEXAS**

———————————

**Appeal from the 81st District Court, Atascosa County,
Texas  Trial Court No. 13-09-117 CRA
Honorable Donna S Rayes Presiding**

———————————

**RESPONSE TO THE COURT AND ADVISORY**

———————————

OSCAR L. CANTU, JR.
Attorney at Law, PLLC
507 South Main
San Antonio, Texas 78204
(210)472-3900 Phone
(210)354-2996 Fax

R3Oscar@aol.com

# ADVISORY

COMES NOW, Oscar Cantu, Trial Counsel for Defendant and files this, his Advisory to the Court and would show unto the Court as follows:

1. Counsel made an oral announcement confirming the Trial Court's inquiry that Appointed Counsel would be required for appeal. This was done on the record on the date of sentencing.

2. Counsel's previous submission of a Motion and Order of Withdrawal were not tendered to the Trial Court for entry into the record or execution.

3. After conferring with the Court Coordinator, Counsel has delivered a third Order of Withdrawal for execution by the Court. This will be done on Thursday, April 23, 2015.

4. Court Appointed Counsel will be tasked immediately to proceed with this appeal in a timely manner.

5. WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court will accept the Trial Court's Order and welcome a new Appellate Counsel in this case

Respectfully submitted,

By:__/s/ by Oscar Cantu_____
OSCAR LUIS CANTU, JR.
Attorney at Law, PLLC
Oscar "JR" Cantu
Texas Bar No. 03767448
507 South Main
San Antonio, Texas 78204
Tel. (210) 472-3900
Fax. (210) 354-2996

Attorney for Appellant, Rudy Mendez

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that a true and correct copy of this document was filed with all parties to this Appeal via hand delivery or facsimile transmission as indicated below:

Appellee: District Attorney's Office
on this, the 22nd day of April, 2015.

                             ____/s/by Oscar Cantu_____
                             Oscar Cantu